FILED/REC'D

2026 MAY -1 P 12: 45

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**NOTICE OF REMOVAL**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WISCONSIN**

PALADINS OF TRUTH MINISTRY,

as Representative for Carlos J. Cangiano & Orchid Morningstar,

and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

IHM LIVING TRUST DATED FEBRUARY 10, 2022;

MARK IHM, as Trustee; JULIANNA IHM;

MARK IHM; JOHN BEST,

Defendants.

Case No: _____

Original State Court Case No.:    2026SC000085

26-cv-409-wmc

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN:**

Pursuant to **28 U.S.C. §§ 1331, 1332(d), 1441, and 1446** , Plaintiff Paladins of Truth Ministry (hereinafter "Plaintiff"), hereby removes this class action lawsuit from the Grant County Circuit Court, Small Claims Division, Case No. **2026SC000085** , to the United States District Court for the Western District of Wisconsin.

**I. BACKGROUND**

1.    This class action was originally filed by Plaintiff in the Grant County Circuit Court, Small Claims Division, on or about **April 9, 2026, under Case No. 2026SC000085.**

2.    Plaintiff is the party who commenced this class action in state court and now removes the action to this Court.

3.    This Notice of Removal is timely filed pursuant to **28 U.S.C. § 1446(b).**

### II. BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION (28 U.S.C. § 1331)

1.    This Court has original jurisdiction over this action under **28 U.S.C. § 1331** because the action arises under the Constitution, laws, and treaties of the United States.

2.    Specifically, this action asserts claims arising under:

Fair Housing Act (FHA)    **42 U.S.C. § 3604(f)** – disability discrimination

**42 U.S.C. § 1983**        Civil action for deprivation of rights under color of state law

Seventh Amendment    Right to jury trial in civil cases

Fourteenth Amendment        Due process and equal protection

3.    The Complaint alleges that Defendants discriminated against Plaintiff Orchid Morningstar on the basis of disability in violation of the Fair Housing **Act, 42 U.S.C. § 3604(f)(3)(B)**, by refusing to make reasonable accommodations and by threatening eviction.

4.    Because the action contains federal claims over which the district courts have original jurisdiction, the entire class action is removable under **28 U.S.C. § 1441(a).**

### III. BASIS FOR REMOVAL – CLASS ACTION FAIRNESS ACT (28 U.S.C. § 1332(d))

Fact    Statement

1.    This Court has original jurisdiction over this class action under the **Class Action Fairness Act, 28 U.S.C. § 1332(d).**

2.    The requirements of CAFA are satisfied as follows:

Minimal diversity **(28 U.S.C. § 1332(d)(2)(A))**    At least one member of the class is a citizen of a state different from at least one defendant.

Amount in controversy **(28 U.S.C. § 1332(d)(2))**  The matter in controversy exceeds $5,000,000, exclusive of interest and costs.

Class size (numerosity)  The proposed class consists of 100 or more members.

3.    No exception to CAFA jurisdiction applies under **28 U.S.C. § 1332(d)(3), (4), or (5).**

### IV. SUPPLEMENTAL JURISDICTION (28 U.S.C. § 1367(a))

1.    This Court may exercise supplemental jurisdiction over Plaintiff's state-law claims under **28**

U.S.C. § 1367(a) because those claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

2.      The state-law claims (retaliatory eviction, improper service, breach of warranty of habitability, trespass upon the Ministry, etc.) arise from the same common nucleus of operative facts as the Fair Housing Act claim.

## V. AMOUNT IN CONTROVERSY

1.      Plaintiff has alleged liquidated damages in the amount of $25,000,000.00 , which exceeds both the $75,000 jurisdictional threshold for diversity jurisdiction under **28 U.S.C. § 1332(a)** and the $5,000,000 threshold for CAFA under **28 U.S.C. § 1332(d)**.

---

## VI. PROCEDURAL REQUIREMENTS

1.      In accordance with **28 U.S.C. § 1446(a),** this Notice of Removal is accompanied by a copy of all process, pleadings, and orders served upon Plaintiff in the state court action, attached as Exhibit A.

2.      Plaintiff will file a copy of this Notice of Removal with the Grant County Circuit Court Clerk as required by **28 U.S.C. § 1446(d),** which automatically stays all state court proceedings.

3.      Plaintiff will serve a copy of this Notice of Removal on all Defendants as required by **§ 1446(d)**.

## VII. EFFECT OF REMOVAL ON STATE COURT PROCEEDINGS

1.      Upon the filing of this Notice of Removal, the Grant County Circuit Court is automatically stayed from taking any further action in this matter. **28 U.S.C. § 1446(d)** .

2.      All further proceedings shall proceed in this Court.

---

## VIII. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

Request          Relief

1.      **ACCEPT** this Notice of Removal;

2.      **TAKE JURISDICTION** over this class action, including all federal and state-law claims;

3.      **STAY** all state court proceedings;

4.      **SCHEDULE** this matter for further proceedings consistent with the Federal Rules of Civil Procedure;

5.    **HONOR** Plaintiff's demand for a jury trial under the Seventh Amendment; and

6.    **GRANT** such other and further relief as the Court deems just and proper.

Respectfully submitted this 30th day of April, 2026.


Carlos J. Cangiano

Trustee / Authorized Representative / Attorney-in-Fact (POA)

Paladins of Truth Ministry

P.O. Box 22, Platteville, WI 53818

Self-Represented Plaintiff

---

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **NOTICE OF REMOVAL** was served on the following parties on this 30th day of April, 2026 :

Grant County Circuit Court Clerk Hand Delivery / Mail    130 W. Maple St., Lancaster, WI 53813

IHM Living Trust / Mark Ihm    Certified Mail    75 Maple Street, Platteville, WI 53818

Julianna Ihm    75 Maple Street, Platteville, WI 53818

John Best

Carlos J. Cangiano

Trustee / Authorized Representative / Attorney-in-Fact (POA)


## NOTICE TO STATE COURT

### TO THE CLERK OF THE GRANT COUNTY CIRCUIT COURT:


**PLEASE TAKE NOTICE** that the above-captioned class action has been removed to the United States District Court for the Western District of Wisconsin pursuant to **28 U.S.C. §§ 1331, 1332(d), 1441, and 1446**.

Upon the filing of this Notice of Removal, all state court proceedings are automatically stayed by operation of **28 U.S.C. § 1446(d)** . You are requested to take no further action in this matter pending further order of the United States District Court.


Dated: April 30, 2026.